## IN THE UNITED STATES DISTRICT COURT OF
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIE MAE PUGH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHNSON & JOHNSON, INC.; )<br>JOHNSON & JOHNSON )<br>PHARMACEUTICAL RESEARCH AND )<br>DEVELOPMENT, LLC; ORTHO-MCNEIL )<br>PHARMACEUTICAL, INC., BRAD )<br>MORROW, Sales Representative, JAMIE )<br>FORBES, Sales Representative, and )<br>FICTITIOUS DEFENDANTS A, B, C, D, E )<br>and F, being those persons, sales representative, )<br>firms or corporations whose fraud, scheme to )<br>defraud, negligence and/or other wrongful )<br>conduct caused or contributed to the Plaintiff's )<br>injuries, and whose true names and identities )<br>are presently unknown to the Plaintiff but will )<br>be substituted by amendment when ascertained, )<br>)<br>Defendants. )<br>) | Case No.: 2:06cv551-WHA |

## DECLARATION OF BRAD MORROW

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a citizen of the State of Alabama. I have personal knowledge of the matters contained in this declaration and could competently testify to these facts if necessary.

2. I am currently employed as a pharmaceutical sales representative for Ortho-McNeil Pharmaceutical, Inc., (hereinafter referred to as "Ortho-McNeil").



EXHIBIT C

3. As an Ortho-McNeil sales representative, my primary job responsibility is to provide information to healthcare providers in my assigned geographic territory.

4. As a sales representative for Ortho-McNeil, I provide information on several products, including Ortho Evra® .

5. At no time did I provide Ortho Evra® or information concerning Ortho Evra® directly to Willie Mae Pugh. Nor do I have any dealings with any patients of any of the physicians upon whom I call.

6. The only information that I provide to healthcare providers regarding the pharmaceutical products including Ortho Evra®, is limited to promotional and patient education materials provided by Ortho-McNeil which are consistent with the information contained in the FDA-approved product.

7. I had no involvement in the development or preparation of the prescribing information for Ortho Evra®, and did not have any responsibility for the content of other written warnings concerning Ortho Evra®.

8. At no time did I have any involvement with the manufacture, development or testing of Ortho Evra®.

9. At no time did I ever sell, offer to sell or take orders for the sale of Ortho Evra® to patients. Physicians upon whom I would call would write their prescriptions for Ortho Evra® based upon their own independent medical knowledge and judgment and I would not have direct knowledge of any specific prescriptions these physicians may have written to individual patients, including but not limited to Willie Mae Pugh.

10. I am not a physician and accordingly have never prescribed Ortho Evra®. I am not a pharmacist and therefore have never filled an Ortho Evra® prescription as a pharmacist.

11. I have never provided any warranty to any physician with respect to Ortho Evra®.

12. I have never met nor spoken with Willie Mae Pugh.

I am making this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 in _Prattville_, Alabama this _16_ day of June, 2006.

                                                BRAD MORROW

Doc. 110570