IN THE UNITED STATES DISTRICT COURT OF
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MAE PUGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHNSON & JOHNSON, INC.; ) <br> JOHNSON & JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT, LLC; ORTHO-MCNEIL ) <br> PHARMACEUTICAL, INC., BRAD ) <br> MORROW, Sales Representative, JAMIE ) <br> FORBES, Sales Representative, and ) <br> FICTITIOUS DEFENDANTS A, B, C, D, E ) <br> and F, being those persons, sales representative, ) <br> firms or corporations whose fraud, scheme to ) <br> defraud, negligence and/or other wrongful ) <br> conduct caused or contributed to the Plaintiff's ) <br> injuries, and whose true names and identities ) <br> are presently unknown to the Plaintiff but will ) <br> be substituted by amendment when ascertained, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO.: 2:06cv551-WHA |

**CERTIFICATE OF FILING OF NOTICE OF REMOVAL**

COME NOW defendants Johnson & Johnson, Johnson & Johnson Pharmaceutical Research and Development, LLC, Ortho-McNeil Pharmaceutical, Inc. (hereinafter "J&J"), by and through its counsel, and hereby certify that this action was removed to this Court and that a copy of the Notice of Removal was sent to the Circuit Court of Barbour County, Alabama, for filing.

          Respectfully submitted,

          *[signature]*
          _____
          JOSEPH P. H. BABINGTON (BABIJ7938)
          THOMAS RYAN LUNA (LUNAT2309)
          Attorneys for Defendants Johnson & Johnson,
          Ortho-McNeil Pharmaceutical, Inc., and Johnson &
          Johnson Pharmaceutical Research & Development,
          LLC

Of Counsel:

Helmsing, Leach, Herlong,
Newman & Rouse, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521 (Telephone)
(251) 432-0633 (Facsimile)


Of Counsel:

Susan M. Sharko
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, New Jersey 07932
Telephone:   973-360-1100
Fax:          973-360-9831

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing **Certificate of Filing of Notice of Removal of Defendants Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc., and Johnson & Johnson Pharmaceutical Research & Development, LLC**, has been served on the following counsel of record by placing a copy of the same in the United States Mail, postage prepaid and properly addressed, this ___20___ day of June, 2006:

Jere L. Beasley
Andy D. Birchfield, Jr.
Wesley Chadwick Cook
Beasley, Allen, Crow, Methvin,
Portis & Miles, P. C.
P. O. Box 4160
Montgomery, AL 36104


Shane Seaborn
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL 36016


_/s/ signature_
OF COUNSEL

110317