IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MAE PUGH, ) | CIVIL ACTION NO. 2:06cv551-WHA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CORPORATE DISCLOSURE** |
| JOHNSON & JOHNSON, INC., et al., ) | **STATEMENT OF DEFENDANTS** |
| ) | **JOHNSON & JOHNSON, ORTHO-** |
| Defendants. ) | **MCNEIL PHARMACEUTICAL, INC.,** |
| ) | **AND JOHNSON & JOHNSON** |
| ) | **PHARMACEUTICAL RESEARCH &** |
| ) | **DEVELOPMENT, LLC** |
| ) | |

Defendant Johnson & Johnson is a corporation whose securities are publicly traded. Defendant Johnson & Johnson does not have a parent corporation and there is no publicly held corporation that owns ten percent (10%) or more of its stock.

Defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C. is a limited liability company of which Ortho-McNeil Pharmaceutical, Inc. is the sole member. Defendant Ortho-McNeil Pharmaceutical, Inc. is a wholly owned subsidiary of Johnson & Johnson.

Respectfully submitted,

/s/
JOSEPH P. H. BABINGTON (BABIJ7938)
THOMAS RYAN LUNA (LUNAT2309)
Attorneys for Defendants Johnson & Johnson,
Ortho-McNeil Pharmaceutical, Inc., and Johnson &
Johnson Pharmaceutical Research & Development,
LLC

Of Counsel:

Helmsing, Leach, Herlong,
 Newman & Rouse, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521 (Telephone)
(251) 432-0633 (Facsimile)


Of Counsel:

Susan M. Sharko
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, New Jersey 07932
Telephone:   973-360-1100
Fax:         973-360-9831

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing **Corporate Disclosure of Defendants Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc., and Johnson & Johnson Pharmaceutical Research & Development, LLC**, has been served on the following counsel of record by placing a copy of the same in the United States Mail, postage prepaid and properly addressed, this ____ day of June, 2006:

Jere L. Beasley
Andy D. Birchfield, Jr.
Wesley Chadwick Cook
Beasley, Allen, Crow, Methvin,
Portis & Miles, P. C.
P. O. Box 4160
Montgomery, AL 36104

Shane Seaborn
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL 36016

OF COUNSEL