JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 17 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1742

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-14)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 120 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the Panel's order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*[signature]*
Jeffery N. Lüthi
Clerk of the Panel

EXHIBIT
A

## SCHEDULE CTO-14 - TAG-ALONG ACTIONS
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #              CASE CAPTION

ALABAMA MIDDLE
ALM  2  06-550                 Chiquita L. McKinnes v. Johnson & Johnson, Inc., et al.
ALM  2  06-551                 Willie Mae Pugh v. Johnson & Johnson, Inc., et al.

FLORIDA MIDDLE
FLM  6  06-743                 Geneva Martin, etc. v. Johnson & Johnson, et al.

ILLINOIS NORTHERN
ILN  3  06-50100               Julie Decker v. Johnson & Johnson, et al.

NEW JERSEY
NJ   2  06-2457                Dominique Lagard v. Johnson & Johnson, et al.
NJ   2  06-2746                Erica Sinclair, et al. v. Johnson & Johnson, et al.

NEW YORK WESTERN
NYW  1  06-329                 Vidyalakshmi Sundar, et al. v. Johnson & Johnson, et al.