**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 18, 2007

# NOTICE OF MDL TRANSFER

Geri M. Smith
Clerk of Court
United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, OH 44113

Re:  MDL-1742 In Re Ortho Evra Products Liability Litigation
     USDC/MDAL Civil Action No. #2:06-cv-00551-WHA
     Willie Mae Pugh v. Johnson & Johnson, et al.

Dear Clerk:

The referenced case is being transferred to your court pursuant to the MDL-1742 Conditional Transfer Order entered by the Judicial Panel on Multi-District Litigation on 12/19/06 and filed with your court on 01/10/07.

As requested in your letter, the case is being transferred electronically. Your letter stated that your office will retrieve documents electronically once your office has been notified that our case has been closed. Notification of this case being closed was e-mailed 1/18/2007 to the addresses provided in your letter.

If you need anything further, please do not hesitate to contact our office.

**ALL FUTURE PLEADINGS SHOULD BE FILED IN THE NORTHERN DISTRICT OF OHIO.**